**SEALMASTER, L.L.C., Plaintiff–Appellant,**

v.

**SILVERLINE BUILDING PRODUCTS and Home Depot USA, Inc., Defendants–Appellees.**

No. 01–1551.

United States Court of Appeals, Federal Circuit.

April 5, 2002.

Rehearing Denied May 2, 2002.

588

Before MAYER, Chief Judge, NEWMAN, and PROST, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.